UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| HEATH VINCENT FULKERSON, | Case No.: 3:20-CV-00519-RCJ-CLB |
| Plaintiff, | ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 3) |
| vs. | |
| JAMES HARDIE BUILDING PRODUCTS, INC., *et al.*, | |
| Defendants. | |

Before the Court is the Report and Recommendation of United States Magistrate Judge Carla L. Baldwin (ECF No. 3[1]) entered on October 15, 2020, recommending that the Court grant Fulkerson's application to proceed *in forma pauperis* (ECF No. 1); the clerk of the court file the complaint (ECF No. 1-1) and Fulkerson's complaint (ECF No. 1-1) be dismissed with prejudice. No objection to the Report and Recommendation has been filled.

This action was referred to Magistrate Judge Baldwin under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

---

[1] Refers to Court's docket number.

1

The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

**IT IS HEREBY ORDERED** that Magistrate Judge Baldwin's Report and Recommendation (ECF No. 3) is **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that Fulkerson's application to proceed *in forma pauperis* (ECF No. 1) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall file the complaint (ECF No. 1-1).

**IT IS FURTHER ORDERED** that Fulkerson's complaint (ECF No. 1-1) is **DISMISSED WITH PREJUDICE**.

**IT IS   FURTHER ORDERED** that the Clerk of the Court shall **ENTER JUDGMENT** and **CLOSE** the case.

**IT IS SO ORDERED**.

Dated this 10th day of February, 2021.

_____
ROBERT C. JONES
United States District Judge